**FILED**
May 23, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CHRISTIAN ANDRY, ) <br> ) <br> Defendant. ) | Case No. 2:14-MJ-00115-DAD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHRISTIAN ANDRY</u>, Case No. <u>2:14-MJ-00115-DAD</u>, Charge <u>Title 18 USC §§ 1594(c); 1591(a)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $50,000.00

        ✔ Unsecured Appearance Bond co-signed by Quincalee Andry

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other) <u>With pretrial supervision and conditions of release as stated on the record in open court. Defendant is to be released on 05/27/14 at 9:00 AM to Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 23, 2014</u> at <u>2:35</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge