IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:14-mj-115 DAD |
| | ) |
| Plaintiff, | ) APPLICATION AND [PROPOSED] ORDER FOR |
| | ) TRANSPORTATION AND SUBSISTENCE |
| vs. | ) PURSUANT TO U.S.C. § 4285 |
| | ) |
| CHRISTIAN ANDRY, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

TO:    UNITED STATES MARSHAL, EASTERN DISTRICT OF CALIFORNIA

GOOD CAUSE APPEARING, it has been determined that defendant, CHRISTIAN ANDRY, is financially unable to provide the necessary transportation from her place of residence in Sacramento, California to Tucson, Arizona, for arraignment in Case Number 4:14-cr-00957-JGZ-DTF-1 on Friday, June 13, 2014 at 11:00 a.m., before Magistrate Judge Jacqueline M. Rateau in the United States District Court, District of Arizona, Tucson Division

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §4285, the United States Marshals Service for the Eastern District of California shall make trip travel arrangements, or furnish transportation expenses, to the above-named defendant for an arraignment on Friday, June 13, 2014.  In addition, the United States Marshal shall furnish Ms. Andry, with money for subsistence expenses to her destination, the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code.  Ms. Andry is financially unable to be in Tucson, Arizona on this date without transportation and subsistence expenses.

DATED:  June 5, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE